

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00336-CR

DAVID EUGENE WHITE
v.
THE STATE OF TEXAS

On Appeal from the
453rd District Court of Hays County, Texas
Trial Court Cause No. CR-20-0864-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be permanently abated. The Court orders the appeal permanently ABATED in accordance with its opinion.

We further order this decision certified below for observance.

January 26, 2023